1
2
3
4
5
6

The Honorable Kymberly K. Evanson

7   UNITED STATES DISTRICT COURT FOR THE
    WESTERN DISTRICT OF WASHINGTON
8   AT SEATTLE

9
10  THE ESTATE OF TAMMY ANN CUNEO,           Case No. 2:24-cv-00865-KKE

        Plaintiff,                           **STIPULATED MOTION TO DISMISS
11                                            AND ORDER**
        v.
12  UNITED STATES OF AMERICA,

13      Defendant.

14

15  The parties, by and through the undersigned counsel of record, previously provided notice
16  to the Court that this matter has been settled.  Now that the settlement has been perfected, the
17  parties stipulate to the dismissal of this case with prejudice, with each party to bear their own costs,
18  pursuant to Federal Rule of Civil Procedure 41(a).
19  //
20  //
21  //
22
23
24

1     DATED this 5th day of June, 2025.

2 Respectfully submitted,

3 TEAL LUTHY MILLER      TARIO & ASSOCIATES, P.S.
Acting United States Attorney

4

*s/ Sarah Louise Bishop*      *s/ Michael J. Tario*

5 SARAH LOUISE BISHOP, NY No. 5256359      MICHAEL J. TARIO, WSBA No. 10845
Assistant United States Attorney      119 N. Commercial Street, Suite 100

6 United States Attorney's Office      Bellingham, Washington 98225
Western District of Washington      Phone: 360-671-8500

7 700 Stewart Street, Suite 5220      Fax:    360-733-7092
Seattle, Washington 98101-1271      Email: mtario@tariolaw.com

8 Phone: 206-553-7970
Fax:     206-553-4067      *Attorney for Plaintiff*

9 Email:    sarah.bishop@usdoj.gov

10 *Attorneys for United States of America*

11 I certify that this memorandum contains 56 words, in compliance with the Local Civil

12 Rules.

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:24-cv-00865-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

This case is dismissed with prejudice, without fees or costs to either party.

It is so **ORDERED**.

DATED this 5th day of June 2025

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:24-cv-00865-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970